| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| Ivan L. Kallick (CA Bar No. 097649)<br>ikallick@manatt.com<br>Manatt, Phelps & Phillips, LLP<br>11355 West Olympic Boulevard<br>Los Angeles, California 90064<br>Telephone (310) 312-4000<br>Facsimile: (310) 312-4224<br><br>*Attorney for* Richard K. Diamond, Chapter 7 Trustee | |

**UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA**

In re:
BREA COMMUNITY HOSPITAL CORPORATION,

                                                                 Debtor.

CHAPTER 7

CASE NUMBER 8:05-10551-RK

HEARING DATE:
January 18, 2011
2:30 p.m.

Courtroom: 5D
411 W. Fourth Street
Santa Ana, CA 92701

# NOTICE OF OBJECTION TO CLAIM

1. TO *(specify claimant and claimant's counsel, if any)*:
Lawrence J. Rudd, Esq.
Cohen & Rudd
141 Ridge Way
Pasadena, California 91106

2. NOTICE IS HEREBY GIVEN that the undersigned has filed an objection to your Proof of Claim (Claim # 246) filed in the above referenced case. The Objection to Claim seeks to alter your rights by disallowing, reducing or modifying the claim based upon the grounds set forth in the objection, a copy of which is attached hereto and served herewith.

3. **Deadline for Opposition Papers:** You must file and serve a response to the Objection to Claim not later than 14 days prior to the hearing date set forth above.

**IF YOU FAIL TO TIMELY RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

Dated: December 15, 2010

MANATT, PHELPS & PHILLIPS, LLP
Law Firm Name

By: *[signature] Ivan L. Kallick*

Date Notice Mailed: December 15, 2010

Name: Ivan L. Kallick
*Attorney for Objector*

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009
300188704.1

F 3007-1.3

American LegalNet, Inc.
www.FormsWorkflow.com

## OBJECTION TO PROOF OF CLAIM

Richard K. Diamond, Chapter 7 Trustee (the "Trustee") of the estate of *In re Brea Community Hospital Corporation, dba Brea Community Hospital Corporation of Delaware* (the "Hospital" or "Debtor") objects to Proof of Claim No. 246 filed by Claimant Jeremy Gonzalez ("Claim No. 246") on the grounds indicated below (the "Objection"). The legal basis for this Objection is more particularly described in the Trustee's Notice of Motion and Motion for Order Disallowing Proof of Claim No. 246 of Jeremy Gonzalez; Memorandum of Points and Authorities; Declarations of Richard Diamond, Moses Lebovits, and Ileana M. Hernandez in Support Thereof, filed and served concurrently with the Notice of Objection to Claim.

| Claim # | Claimant | Date Filed | Filed as | Amount of Initial Claim |
|---------|----------|------------|----------|------------------------|
| 246 | Jeremy Gonzalez | April 8, 2005 | Left Blank | $6,000,000 |

### Objection and Relief Sought:

The Trustee requests that the Court enter an Order establishing that the initial amount of Claim No. 246 of $6 million has been reduced to $3,164,513 as a result of settlement payments received from other named defendants in an medical malpractice lawsuit filed in Los Angeles County Superior Court ("medical malpractice lawsuit") and as a result of agreement from counsel for Claimant. Regardless of whether this Court treats Claim No. 246 as a $6 million or $3.1 million claim, the Trustee objects to Claim No. 246 on the grounds that: (1) Claimant has failed to provide sufficient evidence to establish that the Hospital was negligent and breached a standard of care owed to Claimant; and (2) Claimant has failed to provide evidence establishing that the Hospital caused the alleged injuries sustained by Claimant.

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
LOS ANGELES

2

1        Alternatively, the Trustee moves for a reduction in the amount of Claim No. 246 on the grounds that:

(1)    Claimant's recovery against the Hospital may be reduced pursuant to the Medical Injury Compensation Reform Act ("MICRA");

(2)    The Hospital is entitled to a set off for the settlement payments made by the other named defendants in the underlying medical malpractice lawsuit; and

(3)    Claim No. 246 improperly asserts an amount in excess of the amount that Claimant recovered from the individual physicians, who were primarily liable for the alleged injuries suffered by Claimant.

Should Claimant provide additional documentation prior to the hearing on this matter, the Trustee reserves the right to object to Claim No. 246 on additional grounds.

Dated: December 14, 2010           MANATT, PHELPS & PHILLIPS, LLP

                                                   /s/ Ivan L. Kallick
                                       Ivan L. Kallick
                                       Attorneys for Richard K. Diamond,
                                       Chapter 7 Trustee

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
LOS ANGELES

Notice of Objection to Claim - *Page 2*                                                           F 3007-1.3

| In re<br>Brea Community Hospital Corporation<br>Debtor. | CHAPTER 7<br>CASE NUMBER 8:05-10551-RK |
|---|---|

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on a CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
11355 West Olympic Boulevard, Los Angeles, CA 90064

A true and correct copy of the foregoing document described as NOTICE OF OBJECTION TO CLAIM will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d), and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On December 15, 2010 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email addressed indicated below:

☒ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL (indicate method for each person or entity served):**
On December 15, 2010 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follow. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.
The Honorable Robert Kwan, U.S. Bankruptcy Court, Ronald Reagan Federal Building, 411 W. Fourth Street, Suite 5165, Santa Ana, CA 92701 (Overnight Mail); Office of the U.S. Trustee, 411 W. Fourth Street, Suite 9041, Santa Ana, CA 92701 (U.S. Mail); Debtor: Brea Community Hospital Corporation, 380 West Central Avenue, Brea, CA 92821 (U.S. Mail); Chapter 7 Trustee: Richard Diamond, Danning Gill, Diamond, Kollitz, LLP, 2029 Century Park East, Third Floor, Los Angeles, CA 90067 (U.S. Mail); Counsel for Claimant: Lawrence J. Rudd, Esq., Cohen & Rudd, 141 Ridge Way, Pasadena, California 91106 (Overnight Mail)

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL (indicate method for each person or entity served):** Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method) by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| December 15, 2010 | Linda Feightner | *[signature]* |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

F 3007-1.3

January 2009
300188704.1

American LegalNet, Inc.
www.FormsWorkflow.com

Case 8:05-bk-10551-RK    Doc 1063    Filed 12/15/10    Entered 12/15/10 12:28:23    Desc
Main Document    Page 5 of 5
Notice of Objection to Claim - Page 3

F 3007-1.3

| In re<br>Brea Community Hospital Corporation | CHAPTER 7 |
|---|---|
| Debtor. | CASE NUMBER 8:05-10551-RK |

## ADDITIONAL SERVICE INFORMATION (if needed):

I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")

James E. Armstrong: jearmstrong@scif.com

Jess R. Bressi: jbressi@luce.com

Peter C. Bronstein: peterbronz@yahoo.com

Richard Burstein: ecf@ebg-law.com; rdb@dgdk.com

Richard K. Diamond: rdiamond@dgdk.com; rdiamond@edf.epiqsystems.com

Richard K. Diamond (TR): jlv@dgdk.com; rdiamond@ecf.epiqsystems.com

J Rudy Freeman: jfreeman@linerlaw.com

Paul R. Glassman: glassmanp@gtlaw.com

Carl Grumer: cgrumer@manatt.com

E Edward Hays: ehays@marshackhays.com

Ileana M. Hernandez: ihernandez@manatt.com

Ivan L. Kallick: ikallick@manatt.com

Richard W. Labowe: llhlaw1631@aol.com

Mark Madamba: scif.legal.bk@scif.com

Uzzi O. Raanan: uor@dgdk.com

Daniel H. Reiss: DHR@LNBRB.com

Mary H. Rose: mrose@buchalter.com

Ronald Rus: rrus@rusmilibrand.com

Donald Segretti: dsegretti@aol.com

Kim Tung: ktung@dgdk.com

United States Trustee (SA): ustpregion16.sa.ecf@usdoj.gov

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

F 3007-1.3

January 2009
300188704.1

American LegalNet, Inc.
www.FormsWorkflow.com